SIMON MANOUCHERIAN (Bar No. 198760)
SManoucherian@mmhllp.com
KHRYS WU (Bar No. 219041)
KWu@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
UNION SECURITY INSURANCE COMPANY,
formerly known as FORTIS BENEFITS
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT ELLIOT,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>ELLIOT, LEIBL & SNYDER LLP,<br>LONG-TERM DISABILITY PLAN;<br>FORTIS BENEFITS INSURANCE<br>COMPANY; UNION SECURITY<br>INSURANCE COMPANY; and<br>ASSURANT EMPLOYEE BENEFITS,<br><br>　　　Defendants. | Case No. EDCV07-0418 SGL (JCRx)<br><br>ORDER RE STIPULATION TO<br>CONTINUE  SCHEDULING DATES |

IT IS HEREBY ORDERED that, based upon the stipulation of the parties and for good cause shown, all scheduling dates in this case are stayed until the Supreme Court has issued its decision in Metlife v. Glenn, 128 S.Ct. 1117 (2008).  Plaintiff will notify the Court of the decision in Metlife pursuant to the Court's Minute Order Staying Motion to Determine Standard of Review and Vacating the May 12, 2008 Hearing date.

DATED:  May 30, 2008

HON. STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

1

2   PRESENTED BY:

3

4   MESERVE, MUMPER & HUGHES LLP

5   SIMON MANOUCHERIAN

6   KHRYS WU

7

8

9

10   By: _____/s/_____

11       Khrys Wu
         Attorneys for Defendant
12       UNION SECURITY INSURANCE COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

54777031
93731.1                            2